UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 8:24-cv-02495-CBM-JDE | Date | September 22, 2025 |
|---|---|---|---|

| Title | Yanan Ma v. U.S. Citizenship and Immigration Services et al |
|---|---|

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: DEFENDANTS' THIRD EX PARTE APPLICATION TO STAY**

The matter before the Court is Defendants' "Third *Ex Parte* Application to Stay." (Dkt. No. 23.) Defendants request an order staying the case for 14 days, up to and including Monday, September 22, 2025. (*Id.*)

The Court hereby **GRANTS** Defendant's Third *Ex Parte* Application. Defendants' response shall be filed no later than October 2, 2025

**IT IS SO ORDERED.**