BRETT SCHUMATE
Acting Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
CARA E. ALSTERBERG
Senior Litigation Counsel
DEAN P. DE LAS ALAS (VSB No. 93467)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC  20044
Telephone: (771) 202-1393
E-mail:  Dean.Delasalas@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| YANAN MA,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al,<br><br>    *Defendants*. | No. 8:24-cv-02495-CBM-JDE<br><br>***EX PARTE* APPLICATION TO STAY IN LIGHT OF LAPSE OF APPROPRIATIONS**<br><br>[*Declaration of Dean P. De Las Alas and (Proposed) Order filed concurrently herewith*]<br><br>NO HEARING DATE REQUESTED<br><br>Honorable Consuelo B. Marshall |

## *EX PARTE* APPLICATION TO STAY

Pursuant to Local Rule 7-19, Defendants apply *ex parte* for an order staying the case until Congress has restored appropriations to the U.S. Department of Justice. This *ex parte* motion is based upon this application, the attached memorandum of points and authorities, the declarations, and the records in this case. This order is sought by means of an *ex parte* application because there is insufficient time to file a noticed motion.

**Notice**: Plaintiff is pro se. Her contact information, as stated on her complaint, is as follows: Yanan Ma, 521 E Crest De Ville Avenue, Orange, CA 92867. Plaintiff's email address is yananma0304@gmail.com, and Plaintiff's phone number is 808-989-6669. Pursuant to L.R. 7-3, counsel for Defendants reached out to Plaintiff via electronic mail on October 1, 2025. Counsel for Defendants conferred with Plaintiff about the contents of this *ex parte* application via electronic mail on October 1, 2025. Ultimately, by the time of filing, Plaintiff did not inform undersigned counsel of her position on the application. A copy of this *ex parte* application, the attached memorandum of points and authorities, and the declaration are being mailed to Plaintiff.

Dated: October 1, 2025

Respectfully submitted,

BRETT SHUMATE
Acting Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

CARA E. ALSTERBERG
Senior Litigation Counsel

/s/ *Dean P. De Las Alas*
DEAN P. DE LAS ALAS (VSB No.93467)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section

1

P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: (771) 202-1393
Dean.Delasalas@usdoj.gov
*Counsel for Defendants*

# MEMORANDUM OF POINTS AND AUTHORITIES

**A. <u>The Court Should Exercise Its Discretion To Grant The Requested Stay</u>.**

This Court has broad discretion to stay proceedings. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) (quoting *Landis*, 299 U.S. at 254–55). Here, the Court should stay proceedings because this matter may be resolved without further litigation.

**B. <u>Good Cause Exists For Granting The Instant Application</u>.**

As reflected in the attached declaration, good cause exists for the granting of the instant application. *See* Declaration of Dean De Las Alas ("De Las Alas Decl.").

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Undersigned counsel for the Department of Justice therefore requests a stay of this case until Congress has restored appropriations to the Department.

If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations

Pursuant to L.R. 7-3, counsel for Defendants reached out to Plaintiff via electronic mail on October 1, 2025. Undersigned conferred with Plaintiff about the contents of this *ex parte* application via electronic mail on October 1, 2025.  Ultimately, by the time of filing, Plaintiff did not inform undersigned counsel of her position on the application.[1]

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

Respectfully submitted,

BRETT SCHUMATE
Acting Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

CARA E. ALSTERBERG
Senior Litigation Counsel

/s/ *Dean P. De Las Alas*
DEAN P. DE LAS ALAS (VSB No.93467)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC  20044
Telephone: (771) 202-1393
Dean.Delasalas@usdoj.gov
*Counsel for Defendants*

---

[1] The Court had thrice granted Defendants *ex parte* stays of this case, *see* ECF No. 24, albeit for reasons unrelated to the present *ex parte* application.

4