UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | 8:24-cv-02495-CBM-JDE | Date | January 6, 2026 |
|---|---|---|---|

| Title | *Yanan Ma v. U.S. Citizenship and Immigration Services et al* |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Daniel Torrez | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**      **IN CHAMBERS- ORDER RE: DEFENDANTS' MOTION TO DISMISS**

The matter before the Court is Defendant U.S. Citizenship and Immigration Services' Motion to Dismiss. (Dkt. No. 28 (the "Motion").)

Plaintiff Yanan Ma filed this action on November 14, 2024, seeking judicial review of the U.S. Citizenship and Immigration Services' ("USCIS") decision to deny her extension of stay. (Dkt. No. 1, "Compl." ¶ 1.) Plaintiff also challenges U.S. Customs and Border Protections' ("CBP") failure to respond to her FOIA request, and alleges USCIS and CBP violated Plaintiff's right to due process through their denial of her extension and adverse record-keeping under the Administrative Procedure Act, 5 U.S.C. §§ 701-706. (*Id.* ¶¶2-4.)

Plaintiff is an electronic engineer who worked for Pro-Lite, Inc. in Costa Mesa, CA. (*Id.* ¶ 7.)   Her employer filed Form I-129 with USCIS seeking an extension of Plaintiff's H-1B status to allow her to continue to work in the United States, which USCIS previously approved. (*Id.* ¶¶ 9-10.) Plaintiff alleges that on November 20, 2023, USCIS issued a Request for Evidence, alleging Plaintiff was involved in an illegal drug's entrance into the United States, and as a result denied Plaintiff's extension of stay. (*Id.* ¶¶ 11-15.) On June 1, 2024, Plaintiff submitted a FOIA request to CBP seeking all records related to her case, but CBP failed to respond within the statutory deadline. (*Id.* ¶¶ 16-18.) On August 8, 2024, USCIS reopened Plaintiff's case and on September 5, 2024, issued a denial of Plaintiff's extension citing the CBP record as the primary adverse factor against granting the extension. (*Id.* ¶¶ 19-20.)

On November 3, 2025, Defendants filed the instant Motion moving the Court for an order dismissing this action pursuant to Fed. R. Civ. P. 12(b)(1).   Plaintiff's opposition, if any, was due December 23, 2025. (Dkt. No. 31.) As of the date of this Order, Plaintiff has not filed any opposition.   Accordingly, the Court hereby **GRANTS** Defendants' Motion pursuant to L.R. 7-12 and the hearing on the Motion is **VACATED.**

**IT IS SO ORDERED.**

00   :