# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| YANAN MA, | ) Case No. 8:24-cv-02495-CBM-JDE |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES *ET AL,* | ) |
| Defendants. | ) |

1

## <u>JUDGMENT</u>

Pursuant to the Court's Order granting Defendant's motion to dismiss (Dkt. No. 31), it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

    1.    Judgment is entered in favor of Defendants against Plaintiff;

    2.    The claims against Defendants are hereby dismissed.

Dated: January 8, 2026

Hon. Consuelo B. Marshall
United States District Judge